

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-330-727

**Effective Date of Registration:**
November 17, 2022
**Registration Decision Date:**
December 14, 2022

---

## Title

**Title of Work:** Tea and Books Textured Background

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 31, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Brigid Kristina Payne Ashwood
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brigid Kristina Payne Ashwood
2228 Cardinal Drive, Plano, TX, 75023, United States

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-330-370

**Effective Date of Registration:**
November 17, 2022
**Registration Decision Date:**
December 08, 2022

## Title
_____

**Title of Work:** Rose Butterfly Cross

## Completion/Publication
_____

**Year of Completion:** 2012
**Date of 1st Publication:** December 31, 2012
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Brigid Kristina Payne Ashwood
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Brigid Kristina Payne Ashwood
2228 Cardinal Drive, Plano, TX, 75023, United States

## Rights and Permissions
_____

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification
_____

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-343-732

**Effective Date of Registration:**
March 10, 2023
**Registration Decision Date:**
April 26, 2023

## Title

**Title of Work:** Quarantine Cats

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Brigid Kristina Payne Ashwood
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brigid Kristina Payne Ashwood
2228 Cardinal Drive, Plano, TX, 75023, United States

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm



Quarantine Cats   Year of creation : 2020     Date of first publication: September 1, 2020
Place of first publications:  Brigid Ashwood website, Etsy shop,
social media platforms, and as a jigsaw puzzle for Buffalo Games

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-330-695

**Effective Date of Registration:**
November 17, 2022
**Registration Decision Date:**
December 13, 2022

## Title

**Title of Work:** Celtic Moon Triquetra

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** December 31, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Brigid Kristina Payne Ashwood
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brigid Kristina Payne Ashwood
2228 Cardinal Drive, Plano, TX, 75023, United States

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm

