**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRIGID ASHWOOD,

    Plaintiff,                                  Case No.: 1:26-cv-03524

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|-----|------------|
| 1 | taiyuanshijinshundahuiwuliuyouxiangongsi |
| 2 | jiangxianxinlijixieshebeizhizaochang |
| 3 | 东机电子店 |
| 4 | guizhoufubojiaoyuzixunyouxiangongsi |
| 5 | datongshiyungangqulongtongwuliuyouxiangongsi |
| 6 | xianyoujianhuastore |
| 7 | taiyuanjinlongdabanyunfuwuyouxiangongsi |
| 8 | zezhouxianguangshunnongmuyouxiangongsi |
| 9 | guizhoujieyuangongmaoyouxiangongsi001 |
| 10 | linfenshilianchuanghuinongshouyaoyouxiangongsi |
| 11 | tianzhenkangningkangjiyiyuanyouxiangongsi |
| 12 | huairenshidingshengkuangchanpinxiaoshouyouxiangongsi |
| 13 | yichengmingliangjianzhugongchengyouxiangongsi |
| 14 | Decol Store |
| 15 | LINGFANG |
| 16 | dSNAPoutof~ ✦ Save 8% to 15% ✦ |
| 17 | Zhaielaoen |
| 18 | fanrenmao |
| 19 | Luckyhomecrafts |
| 20 | A N ART shop |
| 21 | diamondpaintingpro.com |
| 22 | prodpdiy.com |
| 23 | coodeals.com |
| 24 | fanwells.com |

1

2

| 25 | handdeals.com |
|----|---------------|