**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRIGID ASHWOOD,

     Plaintiff,                                                    Case No.: 1:26-cv-03524

v.                                                                      Judge LaShonda A. Hunt

fanrenmao,                                                      Magistrate Judge Gabriel A. Fuentes

     Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Amended Schedule A [14] of the Amended Complaint.

| No. | Defendant |
|-----|-----------|
| 1 | fanrenmao |

This terminates the action.

DATED:  June 12, 2026

Respectfully submitted,
*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com
***ATTORNEY FOR PLAINTIFF***