✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | Northern District Eastern Division |

| DOCKET NO. | DATE FILED | |
|---|---|---|
| 26cv3524 | 3/31/2026 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Brigid Ashwood | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| T. BRUTON | E. Calasanz | 6/16/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-330-727

**Effective Date of Registration:**
November 17, 2022
**Registration Decision Date:**
December 14, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | Tea and Books Textured Background |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | December 31, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Brigid Kristina Payne Ashwood |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Brigid Kristina Payne Ashwood<br>2228 Cardinal Drive, Plano, TX, 75023, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Tate & Co. Licensing |
| **Name:** | Joseph Tate |
| **Email:** | info@tatelicensing.com |
| **Telephone:** | (732)395-7696 |
| **Address:** | 16 Christopher Dr<br>Howell, NJ 07731 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-330-370**

**Effective Date of Registration:**
November 17, 2022
**Registration Decision Date:**
December 08, 2022

---

### Title

| | |
|---|---|
| **Title of Work:** | Rose Butterfly Cross |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | December 31, 2012 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Brigid Kristina Payne Ashwood |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Brigid Kristina Payne Ashwood |
| | 2228 Cardinal Drive, Plano, TX, 75023, United States |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Tate & Co. Licensing |
| **Name:** | Joseph Tate |
| **Email:** | info@tatelicensing.com |
| **Telephone:** | (732)395-7696 |
| **Address:** | 16 Christopher Dr |
| | Howell, NJ 07731 United States |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-343-732**

**Effective Date of Registration:**
March 10, 2023
**Registration Decision Date:**
April 26, 2023

---

## Title

**Title of Work:** Quarantine Cats

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Brigid Kristina Payne Ashwood
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brigid Kristina Payne Ashwood
2228 Cardinal Drive, Plano, TX, 75023, United States

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm

Page 1 of 2



Quarantine Cats   Year of creation : 2020    Date of first publication: September 1, 2020
Place of first publications:  Brigid Ashwood website, Etsy shop,
social media platforms, and as a jigsaw puzzle for Buffalo Games

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-330-695

**Effective Date of Registration:**
November 17, 2022
**Registration Decision Date:**
December 13, 2022

## Title

**Title of Work:** Celtic Moon Triquetra

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** December 31, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Brigid Kristina Payne Ashwood
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brigid Kristina Payne Ashwood
2228 Cardinal Drive, Plano, TX, 75023, United States

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm

Page 1 of 2



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Brigid Ashwood

                              Plaintiff,

v.
                                      Case No.:
1:26−cv−03524

Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations
Identified on Schedule A

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 15, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Plaintiff's notice of voluntary dismissal [30], this action is being dismissed without prejudice. All pending motions and deadlines are terminated as moot. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.